WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OC6, Mortgage Pass-Through Certificates Series, 2006-OC6*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE-HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC6, MORTGAGE PASS-THROUGH CERTIFICATES SERIES, 2006-OC6,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY; and LAWYERS TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:20-cv-00353-JCM-DJA<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OC6, Mortgage Pass-Through Certificates Series, 2006-OC6 and Defendant Fidelity National Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

1    **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed
2    WITH PREJUDICE, with each party to bear its own fees and costs.

3    DATED this 20th day of December, 2023.        DATED this 20th day of December, 2023.

4    WRIGHT, FINLAY & ZAK, LLP                     SINCLAIR BRAUN KARGHER LLP

5    */s/ Lindsay D. Dragon*                       */s/ Kevin S. Sinclair*
6    Lindsay D. Dragon, Esq.                       Kevin S. Sinclair, Esq.
     Nevada Bar No. 13474                          Nevada Bar No. 12277
7    7785 W. Sahara Ave., Suite 200                15260 Ventura Blvd., Suite 715
8    Las Vegas, Nevada 89117                       Sherman Oaks, California 91403
     *Attorneys for Plaintiff, The Bank of New*    *Attorneys for Defendant Fidelity National*
9    *York Mellon fka The Bank of New York, as*    *Title Insurance Company*
10   *Trustee for the Certificateholders of CWALT,*
     *Inc., Alternative Loan Trust 2006-OC6,*
11   *Mortgage Pass-Through Certificates Series,*
12   *2006-OC6*

15   **IT IS SO ORDERED.**

17   DATED: December 27, 2023     _____
18                                UNITED STATES DISTRICT JUDGE